No. 374. YELLOW POPLAR LUMBER COMPANY *v.* DANIEL. Sixth Circuit. Denied October 28, 1901. *Mr. John W. M. Stewart,*

Decisions on Petitions for Writs of Certiorari.

*Mr. John N. Baldwin* and *Mr. John F. Hager* for the petitioner. *Mr. Thomas R. Brown* opposing.